**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| **Fabian Rolando Malan Maynato,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**David Wesling, *et al.*,**<br><br>**Respondents.** | **Civil Action No.**<br>**26-13463-NMG** |

**ORDER**

**GORTON, J.**

Petitioner is directed to respond to Notice of Intent to Remove Petitioner (Docket No. 9) filed by Respondents before 12:00 noon on Friday, September 25, 2026, in default of which his petition will be dismissed.

**So ordered.**

Nathaniel M. Gorton
Nathaniel M. Gorton
Senior United States District Judge

Dated: September 22, 2026